1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ADRIAN SCOTT MORGAN,

11                  Plaintiff,                    No. 2:10-cv-1746 KJN (PC)

12           vs.

13    G.R. HUDSON, et al.,

14                  Defendants.                   ORDER

15    _____/

16           Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

17    pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his

18    complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations

19    took place in Kings County, which is part of the Fresno Division of the United States District

20    Court for the Eastern District of California.  See Local Rule 120(d).

21           Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22    the proper division of a court may, on the court's own motion, be transferred to the proper

23    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24    court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

25    request to proceed in forma pauperis.

26    /////

1

1         Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3         2.  This action is transferred to the United States District Court for the Eastern

4 District of California sitting in Fresno; and

5         3.  All future filings shall reference the new Fresno case number assigned and

6 shall be filed at:

7         United States District Court
          Eastern District of California
8         2500 Tulare Street
          Fresno, CA 93721

9

10 DATED:  July 20, 2010

11

12

13                         KENDALL J. NEWMAN
                         UNITED STATES MAGISTRATE JUDGE

14 morg1746.22

15

16

17

18

19

20

21

22

23

24

25

26